Anna Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Scott Kalkin
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 820
San Francisco, CA 94104
Tel. (415) 732-0282

Attorneys for Plaintiff
ERINA LLAMAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERINA LLAMAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 3:16-cv-03293-WHO<br><br>**ORDER RE:**<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR DEADLINES ON CROSS MOTIONS FOR JUDGMENT; ORDER** |

Having considered the stipulated motion for a new briefing schedule, and the associated declaration of counsel, and finding good cause, the Court hereby affirms the following new briefing schedule:

| Schedule | Current Dates | Stipulated New Dates |
|---|---|---|
| Opening Brief Due | April 26, 2017 | June 7, 2017 |
| Opposition Briefs Due | May 10, 2017 | June 28, 2017 |
| Reply Briefs Due | May 17, 2017 | July 5, 2017 |
| Hearing Date | May 31, 2017 | July 19, 2017 |

**IT IS SO ORDERED:**

Dated: March 31, 2017

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE