Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Erina Llamas


Anna M. Martin 154279
**MESERVE, MUMPER & HUGHES LLP**
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
(213) 620-0300

Attorneys for Defendant
Life Insurance Company of North America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erina Llamas,<br><br>                Plaintiff,<br><br>v.<br><br>Life Insurance Company of<br>North America,<br><br>                Defendant. | ACTION NO.: 16-cv-3293 WHO<br><br>**STIPULATION AND ORDER ORDER TO CONTINUE BRIEFING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

    It is hereby stipulated by and between the parties through their respective counsel that Plaintiff Erina Llamas and Defendant Life Insurance Company of North America may have additional time within which to file the administrative record and the their respective cross-motions for summary judgment in this matter.

    Pursuant to Local Rule 6-1(b) the parties submit this request to continue the briefing

---

Stipulation to Continue Briefing Schedule       1       Case No: 16-3293 WHO

schedule in this matter for approximately thirty (30) days.

This is an ERISA long term disability case which will require the Court to review an administrative record consisting of approximately two thousand (2000) pages.

During the course of briefing this matter plaintiff's counsel discovered that the administrative record provided to him by defense counsel may not be complete. There are nine hundred and ninety five (995) pages potentially at issue, but without reviewing and comparing each document at issue, it is difficult to be certain.

Counsel discussed this matter on June 5, 2017, and are attempting to sort this issue out with an eye toward providing the Court with one set of documents to review rather than two. This will facilitate both counsels' citation to the record in their respective briefs and make the court's review of the same more efficient.

Given the volume of documents involved, it will be difficult to resolve this issue prior to the current due date for the parties' cross-motions.

Additionally, during the course of discussing the issues surrounding the administrative record, counsel reopened their settlement negotiations and both sides would like additional time to re-consider their respective positions.

In light of the forgoing, good cause exists to continue the briefing schedule in this matter for approximately thirty (30) days.

Counsel propose the following changes to the briefing schedule:

| Schedule | Current Dates | Stipulated New Dates |
| --- | --- | --- |
| Opening Brief Due | June 7, 2017 | July 5, 2017 |
| Opposition Briefs Due | June 28, 2017 | July 26, 2017 |
| Reply Briefs Due | July 5, 2017 | August 2, 2017 |
| Hearing Date | July 19, 2017 | August 23, 2017 |

This document is being filed through the Court's ECF system. In this regard, counsel for plaintiff hereby attests that: 1) the content of this document is acceptable to all persons

required to sign it; 2) defendant has concurred in the filing of this document; and 3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**ROBOOSTOFF & KALKIN**

Dated: June 6, 2017                    By:  /s/
                                           Scott Kalkin
                                           Attorneys for Plaintiff

**MESERVE, MUMPER & HUGHES LLP**

Dated: June 6, 2017                    By:  /s/
                                           Anna M. Martin
                                           Attorneys for Defendant
                                           Life Insurance Company of
                                           North America

## [PROPOSED] ORDER

Good cause having been shown, the Court hereby continues the briefing schedule for the parties' cross-motions as set forth above.

IT IS SO ORDERED.

Dated: June 7, 2017

_____
William H. Orrick
United States District Judge